**Electronically Filed
Intermediate Court of Appeals
CAAP-23-0000044
22-AUG-2024
08:08 AM
Dkt. 161 OAWST**

NO. CAAP-23-0000044


IN THE INTERMEDIATE COURT OF APPEALS
OF THE STATE OF HAWAIʻI


U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
J.P. MORGAN MORTGAGE ACQUISITION TRUST 2006-WMC2,
ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-WMC2,
Plaintiff/Counterclaim Defendant-Appellee, v.
DONNA MAE AMINA, also known as DONNA M. AMINA;
MELVIN KEAKAKU AMINA, also known as MELVIN K. AMINA,
Defendants/Third-Party Plaintiffs/Counterclaimants-Appellants,
and ASSOCIATION OF APARTMENT OWNERS OF 2304 METCALF STREET,
Defendant-Appellee, and
NATIONWIDE TITLE CLEARING, INC. and ALDRIDGE PITE, LLP,
Third-Party Defendants-Appellees, and
DOES 1-20, inclusive, Defendants-Appellees.


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CC181000540)


ORDER APPROVING STIPULATION FOR DISMISSAL OF APPEAL
(By: Wadsworth, Presiding Judge, McCullen and Guidry, JJ.)

Upon consideration of Plaintiff/Counterclaim-

Defendant-Appellee U.S. Bank National Association, as Trustee

for J.P. Morgan Mortgage Acquisition Trust 2006-WMC2, Asset

Backed Pass-Through Certificates, Series 2006-WMC2 (**U.S. Bank**),

Third-Party Defendant-Appellee Aldridge Pite, LLP (**Aldridge**

**Pite**), Third-Party Defendant-Appellee Nationwide Title Clearing, Inc. (**Nationwide Title**), and self-represented Defendants/Third-Party Plaintiffs/Counterclaimants-Appellants Donna Mae Amina and Melvin Keakaku Amina's (collectively **Aminas**) July 31, 2024 "Stipulation for Dismissal With Prejudice of Appeal" (**Stipulation to Dismiss**), the papers in support, and the record and files, it appears that:

(1) On July 31, 2024, U.S. Bank, Aldridge Pite, Nationwide Title, and the Aminas filed the Stipulation to Dismiss pursuant to Hawaiʻi Rules of Appellate Procedure (**HRAP**) Rule 42(b);

    a. The Stipulation to Dismiss states that "all appearing parties" (U.S. Bank, Aldridge Pite, Nationwide Title, and the Aminas) stipulate that "the appeal filed in this matter is hereby dismissed with prejudice";

    b. "Each party is to bear their own attorneys' fees and costs"; and

    c. The Stipulation to Dismiss is dated and signed by the Aminas and counsel for all parties appearing in the appeal;

(2) This appeal was docketed on July 12, 2023.

(3)   No payment is due.

The Stipulation to Dismiss complies with HRAP Rule 42(b) (providing in part that if "parties to a docketed appeal or other proceeding sign and file a stipulation for dismissal, specifying the terms as to payment of costs and" pay the fees that are due, "the case shall be dismissed upon approval by the appellate court").

Therefore, IT IS ORDERED that the Stipulation to Dismiss is approved and the appeal is dismissed with prejudice. The parties shall bear their own attorneys' fees and costs on appeal.

DATED:  Honolulu, Hawaiʻi, August 22, 2024.

/s/ Clyde J. Wadsworth
Presiding Judge

/s/ Sonja M.P. McCullen
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge